Laura Ganoza
Andrew L. Lee
Ashley M. Koley (*pro hac vice*)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314
Tel: 212.682.7474
Fax: 212.687.2329

*Attorneys for Defendants*
3LAU ENTERTAINMENT, LLC,
BLUME LLC and JUSTIN BLAU

The above-referenced action is dismissed with prejudice. The Clerk of Court is directed to terminate the case. SO ORDERED.

*Jennifer H. Rearden*
May 16, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/2023
```

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUNA AURA LLC f/s/o ANGELA ANNE FLORES p/k/a "LUNA AURA", <br><br>　　　　Plaintiff, <br><br>v. <br><br>3LAU ENTERTAINMENT, LLC, BLUME LLC and JUSTIN BLAU, <br><br>　　　　Defendants. | Case No. 1:22-cv-09598-JHR |

### JOINT STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

1

2

Plaintiff, Luna Aura LLC f/s/o Angela Anne Flores p/k/a "Luna Aura" and Defendants, 3LAU Entertainment, LLC, Blume LLC, and Justin Blau hereby stipulate and agree that this case has been amicably settled by execution of a written Confidential Settlement Agreement. The parties respectfully request that the Court dismiss this action, in its entirety, with prejudice, with each party to bear its own fees and costs. A proposed Order is attached hereto as Exhibit "1."

Dated: May 5, 2023

/s/ Laura Ganoza
Laura Ganoza
Andrew L. Lee
Ashley M. Koley (*pro hac vice*)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314
Tel: 212.682.7474
Fax: 212.687.2329

*Attorneys for Defendants*
3LAU ENTERTAINMENT, LLC,
BLUME LLC and JUSTIN BLAU

Moish E. Peltz, Esq.
Paul M. O'Brien, Esq.
Steven C. Berlowitz, Esq.
Jessica M. Moore, Esq.
FALCON RAPPAPORT &
BERKMAN PLLC
265 Sunrise Highway
Suite 50
Rockville Centre, New York 11570
Telephone: (516) 599-0888
Facsimile: (516) 599-0889

*Attorneys for Plaintiff*
Luna Aura LLC f/s/o Angela Anne Flores p/k/a "Luna Aura"

4868-7533-2187.1